146                    January 4, 2024                    No. 17

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

VIVIAN KUNTZ,
*Defendant-Appellant.*

Lane County Circuit Court
21CR47377, 21CR53535;
A179570 (Control), A179572

Charles M. Zennaché, Judge.

Submitted December 1, 2023.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Peter O. Klym, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jonathan N. Schildt, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, and Mooney, Judge, and Pagán, Judge.

PER CURIAM

Remanded for resentencing; otherwise affirmed.

**PER CURIAM**

In one of these consolidated cases, defendant pleaded guilty to first-degree criminal trespass, ORS 164.255, and second-degree disorderly conduct, ORS 166.025. In the other case, he pleaded guilty to first-degree criminal trespass, ORS 164.255. The written judgment in each case contained a term of probation that differed from what was announced in open court at sentencing: That defendant "[n]otify the Court, District Attorney, and defendant's attorney, in writing, within 5 days of any change in residence, employment, or name." Defendant argues, and the state concedes, that that probation condition was not properly imposed because it was not announced in open court. *See State v. Ewing*, 318 Or App 548, 549, 507 P3d 353 (2022) (remanding for resentencing for substantially similar error).

Remanded for resentencing; otherwise affirmed.